JUSTIN S. ALTMANN, SBN 244311
2061 Ashridge Way
Granite Bay, CA 95746
Phone: (916) 749-2808
Email: jsaltmannlaw@surewest.net

Attorney for Defendant
Cenco Financial Center, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>CENCO FINANCIAL CENTER, INC., a California Corporation; and DOES 1-10,<br><br>        Defendants | No.  2:15-cv-00145-JAM-AC<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR RESPOND TO COMPLAINT** |

   WHEREAS, Plaintiff filed his Complaint in this action on January 17, 2015; and

   WHEREAS, Plaintiff served the Complaint on Defendant Cenco Financial Center, Inc. on January 22, 2015; and

   WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant Cenco Financial Center, Inc. presently must answer or otherwise respond to the Complaint on or before February 12, 2015; and

   WHEREAS, Defendant Cenco Financial Center, Inc., is currently unavailable until after February 16, 2015 due to prearranged business travel outside the United States; and

   WHEREAS, no previous extensions of time have been granted to Defendant Cenco Financial Center, Inc. in this case;

1-Stipulation to Extend Time to Answer or Respond to Complaint

THEREFORE, Plaintiff and Defendant Cenco Financial Center, Inc., through their respective attorneys, hereby stipulate pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 144(a), that Defendant Cenco Financial Center, Inc.'s time in which to file an answer or otherwise respond to Plaintiff's Complaint is extended by 28 days and a responsive pleading shall now be filed on or before March 12, 2015.

IT IS SO STIPULATED

Dated: February 6, 2015          /s/ Justin S. Altmann_____
                                 JUSTIN S. ALTMANN
                                 Attorney for Defendant
                                 Cenco Financial Center, Inc.

Dated: February 6, 2015          CENTER FOR DISABILITY ACCESS


                                 By:  /s/ Phyl Grace (as approved 2/6/2015)\_\_
                                      PHYL GRACE
                                      Attorney for Plaintiff

IT IS SO ORDERED

Dated:  2/9/2015                 /s/ John A. Mendez_____
                                 United  States  District Court Judge

2-Stipulation to Extend Time to Answer or Respond to Complaint