UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

  v.

CENCO FINANCIAL CENTER INC., a California Corporation; and Does 1-10,

    Defendant

Case: 2:15-CV-00145-JAM-AC

**ORDER**

**ORDER**

    This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 3/13/2015    /s/ John A. Mendez_____
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE